IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINALD WHITLEY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**R. JAVATE,**<br><br>　　　　　　　　　　Defendant. | Case No. 5:20-cv-00680-BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

　　　Defendant moved to change the time, by 75 days, to file a dispositive motion. Having read and considered Defendant's motion to change time and the declaration of Defendant's counsel supporting the motion, and for good cause appearing, Defendant's motion is **GRANTED**. Defendant may file and serve a dispositive motion on or before June 21, 2021. Whitley's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than 28 days after Defendant's motion is filed. Defendant shall file a reply brief 14 days after an opposition is filed and served.

　　　**IT IS SO ORDERED**.

　　　Dated: ___April 1, 2021___

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Beth Labson Freeman_
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge