UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINALD WHITLEY,

    Plaintiff,

v.

ROSANA JAVATE, et al.,

    Defendants.

Case No. 20-00680 BLF (PR)

**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

(Docket No. 31)

    Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against medical personnel at Salinas Valley State Prison where he is currently incarcerated. The Court found the first amended complaint stated cognizable claims and ordered the matter served on Defendants. Dkt. No. 14. Defendants filed a motion for summary judgment on June 21, 2021. Dkt. No. 30. On July 12, 2021, Plaintiff filed a motion for a ninety-days extension of time to file an opposition based on limited access to the law library due to the COVID-19 pandemic. Dkt. No. 31. Good cause appearing, Plaintiff's motion is **GRANTED IN PART**. Plaintiff shall be granted an initial extension of time of 42 days, such that his opposition is due **no later than August 30, 2021**. He may later move for an additional extension of time if necessary.

    Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's

opposition is filed.

This order terminates Docket No. 31.

**IT IS SO ORDERED.**

Dated: ___July 14, 2021_____

BETH LABSON FREEMAN
United States District Judge