IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINALD WHITLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**R. JAVATE,**<br><br>Defendant. | Case No. 5:20-cv-00680-BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S SUMMARY-JUDGMENT MOTION** |

Dr. Javate moved to change the time, by 30 days, to file a reply in support of her summary-judgment motion. Having read and considered Dr. Javate's motion to change time and the declaration of Dr. Javate's counsel supporting the motion, and for good cause appearing, Dr. Javate's motion is **GRANTED**. Dr. Javate may file and serve a reply on or before September 17, 2021.

**IT IS SO ORDERED**.

Dated: ___August 17, 2021____

_____
The Honorable Beth Labson Freeman
United States District Court Judge

1

Order Granting Mot. to Change Time to File Reply in Supp. of Def.'s Mot. Summ. J. (5:20-cv-00680-BLF (PR))