IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINALD WHITLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**R. JAVATE,**<br><br>Defendant. | Case No. 5:20-cv-00680-BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO STAY DISCOVERY** |

    Dr. Javate moved to change the time, by 14 days, to file a reply in support of her motion to stay discovery.  Having read and considered Dr. Javate's motion to change time and the declaration of Dr. Javate's counsel supporting the motion, and for good cause appearing, Dr. Javate's motion is **GRANTED**.  Dr. Javate may file and serve a reply on or before September 10, 2021.

    **IT IS SO ORDERED**.

    Dated: _August 27, 2021_____

_____
The Honorable Beth Labson Freeman
United States District Court Judge

1

Order Granting Mot. to Change Time to File Reply in Supp. of Def.'s Mot. to Stay Disc. (5:20-cv-00680-BLF (PR))