UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WHITLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. JAVATE ROSANA,<br><br>        Defendant. | Case No. 20-00680 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed all claims against Defendant and granted her motion for summary judgment. Judgment is entered in favor of Defendant.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __March 7, 2022_____**

                                            BETH LABSON FREEMAN
                                            United States District Judge

Judgment
PRO-SE\BLF\CR.20\00680Whitley_judgment